45058.   CHEROKEE CAB COMPANY v. GOLOSH.

PER CURIAM. This case having been remanded to this court by the Supreme Court of Georgia (*Golosh v. Cherokee Cab Co.,* 226 Ga. 636 (176 SE2d 925)), the judgment of this court (121 Ga. App. 277 (173 SE2d 747)) is hereby vacated and set aside and, in accordance with the decision of the Supreme Court, the judgment of the court below is

*Affirmed. Hall, P. J., Deen and Evans, JJ., concur.*

DECIDED OCTOBER 20, 1970.

*Woodruff, Savell, Lane & Williams, John M. Williams, Lawson A. Cox,* for appellant.

*Albert P. Feldman,* for appellee.